**STATE of Missouri, Respondent,**

v.

**Paul W. TURNER, Appellant.**

**No. WD 72585.**

Missouri Court of Appeals,
Western District.

Oct. 25, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 22, 2011.

Application for Transfer
Denied Jan. 31, 2012.

Michelle S. Higinbotham, Belton, MO, for appellant.

Shaun J. Mackelprang and Richard A. Starnes, Jefferson City, MO, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, JAMES M. SMART, JR., Judge and GARY D. WITT, Judge.

**ORDER**

PER CURIAM:

Paul Turner appeals his conviction in the Circuit Court of Jackson County of murder in the second degree, section 565.021; abuse of a child causing death, section 568.060; two counts of endangering the welfare of a child, section 568.045; forcible sodomy, section 566.060; and statutory sodomy, section 566.062.

We affirm. Rule 30.25(b). A memorandum setting forth the reasons for this order has been provided to the parties.